LANDMARK BANK OF ST. CHARLES COUNTY, Plaintiff–Respondent,

v.

Rexford H. CARUTHERS, Defendant–Appellant.

No. 58945.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 20, 1991.

Vincent D. Vogler, Jr., Thomas E. Manns, Vincent D. Vogler & Assoc., St. Louis, for defendant-appellant.

Andrew R. Kasnetz, Davis & Davis, St. Louis, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals from a summary judgment entered against him on a personal guaranty of the note of a limited partnership executed by him to plaintiff. No error of law appears. No precedential value would be served by an opinion. The parties have been furnished with a memorandum in support of this order. The judgment is affirmed. Rule 84.16(b).